[808 NE2d 352, 776 NYS2d 216]

The People of the State of New York, Respondent, v Shaban Celaj, Appellant.

Decided January 12, 2004

## APPEARANCES OF COUNSEL

*Steven R. Kartagener*, New York City, for appellant.

*Robert T. Johnson, District Attorney*, Bronx (*Yael V. Levy* of counsel), for respondent.

## OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed. The determination of reasonable suspicion made by Supreme Court and affirmed by the Appellate Division involves a mixed question of law and fact which is supported by evidence in the record. Consequently, the issue is beyond further review by this Court.

Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO and READ concur.

On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed, in a memorandum.